407 A.2d 1306

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Adam CUNNINGHAM, Appellee.**

Supreme Court of Pennsylvania.

Nov. 26, 1979.

Robert A. Selig, Asst. Dist. Atty., Montgomery Co., Mary MacNeil Killinger, Asst. Dist. Atty., Norristown, for appellant.

George B. Ditter, Ronald F. O'Driscoll, Norristown, Montgomery Co., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

The petition for allowance of appeal having been improvidently granted, the appeal is dismissed.

MANDERINO, J., did not participate in the consideration or decision of this case.